UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NAJLA ABU JABER, individually,

   Plaintiff,

Case No.: 0:14-cv-61776-DPG

JURY DEMAND

v.

PALM BEACH CREDIT ADJUSTERS,
INC., d/b/a "Focus Financial Services", a
Florida corporation,

   Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, NAJLA ABU JABER, and Defendant, PALM BEACH CREDIT ADJUSTORS, INC., d/b/a "Focus Financial Services", by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this 11th day of November, 2014.

/s/ Bret L. Lusskin
Bret L. Lusskin, Esq.
Florida Bar No. 28069
20803 Biscayne Boulevard
Suite 302
Aventura, FL 33180
Telephone  (954) 454-5841
Facsimile (954) 454-5844
blusskin@lusskinlaw.com
*Attorneys for Plaintiff*

/s/ Ernest H. Kohlmyer, III
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No. 110108
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Telephone (407) 245-8352
Facsimile (407) 245-8361
kohlmyer@urbanthier.com
*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on November 11, 2014, via the Court Clerk's CM/ECF system which will provide notice to the following: Bret L. Lusskin, Esquire at blusskin@lusskinlaw.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
kohlmyer@urbanthier.com
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Telephone: (407) 245-8352
Facsimile: (407) 245-8361
*Attorneys for Defendant*