UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61776-CIV-GAYLES

NAJLA ABU JABAR,

    Plaintiff,

vs.

PALM BEACH CREDIT ADJUSTERS
INC., d/b/a "Focus Financial Services,"
a Florida corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this cause is hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

The Clerk is directed to **CLOSE** this case

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of November, 2014.

_____
Honorable Darrin P. Gayles
United States District Judge

Copies Furnished To:
Counsel of Record
Magistrate Judge Turnoff